IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DOUGLAS DESEAN LOGAN,     *

           Plaintiff,     *

v.     Case No. 5:24-cv-00478-TES-CHW

    *

WARDEN CHARLES MIMS et al.,

    *

           Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Order dated 5/7/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of May, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk